No. 87–7165. BASTIDAS *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–7270. VAUGHN *v.* WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–14. TOLEDO *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–24. CAMPO *v.* NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–25. CELOTEX CORP. ET AL. *v.* GRIMES ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–27. RUSCO INDUSTRIES, INC. *v.* MCLAUGHLIN, SECRETARY OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 88–39. GARCIA ET AL. *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY. C. A. 5th Cir. Certiorari denied.

No. 88–50. JENKINS ET AL. *v.* MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–52. BUFFALO WIRE WORKS CO., INC. *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–53. BOEING CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 88–58. FULTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–63. DEPARTMENT OF PUBLIC SAFETY, COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS *v.* FLEMING. C. A. 9th Cir. Certiorari denied.